443 F.2d 1358
 J. A. WIGGINS and Dovie B. Wiggins, Plaintiffs-Appellants,
v.
ENGELHARD MINERALS & CHEMICAL CORPORATION, Defendant-Appellee.
 No. 30143.
 United States Court of Appeals, Fifth Circuit.
 June 9, 1971.
 
 R. Lamar Brannon, G. Dean Booth, Jr., Atlanta, Ga., Dorothy W. Russell, Decatur, Ga., Troutman, Sams, Schroder & Lockerman, Atlanta, Ga., for appellants.
 Irwin L. Evans, Sandersville, Ga., Frank C. Jones, Timothy K. Adams, Macon, Ga., Jones, Cork, Miller & Benton, Macon, Ga., of counsel, for appellee.
 Before THORNBERRY, GODBOLD and MORGAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of the trial court is affirmed on the basis of the findings of fact and the well-reasoned conclusions of law of the trial court. See 328 F.Supp. 33 (M.D.Georgia).
 
 
 2
 Affirmed.